NATHAN M. JENKINS, ESQ. (560)
JERRY C. CARTER, ESQ. (5905)
JENKINS & CARTER
501 Hammill Lane
Reno, NV 89511
Telephone: (775)-829-7800
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

TRUSTEES OF THE NORTHERN NEVADA LABORERS HEALTH & WELFARE TRUST FUND, et al.,

    Plaintiffs,

vs.

RAMCO MASONRY, INC., a Nevada corporation dba RMI; and DOES 1-10,

    Defendants.

Case No. 3:10-cv-00423-RCJ-RAM

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOTICE IS HEREBY GIVEN, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), that Plaintiffs, above-named, hereby voluntarily dismiss the above-entitled action with prejudice.

DATED this 17th day of November, 2010.

    JENKINS & CARTER
    Attorneys for Plaintiffs

    By: _/s/ Nathan Carter_____
    NATHAN M. JENKINS
    JERRY C. CARTER
    501 Hammill Lane
    Reno, Nevada 89511

**ORDER**

It is so ordered.

DATED this 30th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF MAILING

I certify that I am an employee of JENKINS & CARTER and that on this date I deposited for mailing at Reno, Nevada a true copy of the within document entitled **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** addressed to:

Silver State Legal
Resident Agent for Ramco Masonry, Inc.
4625 W Nevso Drive, Suites 2 and 3
Las Vegas, NV 89103

DATED this __11__ day of November, 2010.

_Vickie Perry_ (signature)

JENKINS & CARTER
ATTORNEYS AT LAW
501 Hammill Lane
Reno, Nevada 89511-1004
(775) 829-7800  Fax (775) 829-0511